No. 536. KOZA ET AL. *v.* DREXLER ET AL. November 12, 1946. Petition for writ of certiorari to the Circuit Court

of Appeals for the Third Circuit denied. *Frank Keiper* for petitioners. *Ralph G. Lockwood, Elmer L. Goldsmith* and *Dwight B. Galt* for respondents.